UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LIZA ROHRER, DAN PACHOLKE, BERNARD WARNER,<br><br>　　　　　　Defendant. | CASE NO. C14-5577 RBL-JRC<br><br>ORDER |

　　　The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(A) and (B), and local Magistrate Judge Rules MJR1, MJR3 and MJR4.

　　　Currently before the Court is plaintiff's motion asking that the Court order the parties to appear telephonically or in a video conference and that the Court appoint a neutral third party mediator for the purpose of settlement (Dkt. 15). Defendants oppose the motion stating that they are not interested in settlement and are filing a dispositive motion (Dkt. 16). Defendants have filed a dispositive motion that is ripe for review (Dkt. 17). Prisoner cases are normally exempt

ORDER - 1

1  from pretrial conferences pursuant to Fed. R. Civ. P. 16 and 26.  The Court denies plaintiff's

2  motion.  Plaintiff has the ability to make a settlement offer to defendants in writing at any time.

3  Dated this 22nd day of December, 2014.

J. Richard Creatura
United States Magistrate Judge