UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTWONE DORNELL GOOLSBY, <br><br> Plaintiff, <br><br> v. <br><br> LIZA ROHRER, DAN PACHOLKE, BERNARD WARNER, <br><br> Defendant. | CASE NO. C14-5577 RBL-JRC <br><br> ORDER |

The Court having reviewed the Report and Recommendation of the Hon. J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) The Court dismisses this action because plaintiff fails to show that any named defendant denied him access to courts.

(3) The Court revokes in forma pauperis status for purpose of appeal.

DATED this 27th day of February, 2015.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1