HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANTWONE DORNELL GOOLSBY,

             Plaintiff,

    v.

LIZA ROHRER,

             Defendant.

CASE NO. C14-5577 RBL

ORDER DENYING PLAINTIFF'S OBJECTIONS AND COUNTER MOTION FOR PRE SUMMARY JUDGMENT

[DKT. #23]

THIS MATTER is before the Court on Plaintiff Goolsby's "Written of and to objections to report and recommendation and counter motion for pre-summary judgment" [Dkt. #23]. The Objections to the Magistrate Judge's Report were filed more than a week after the Report was noted for consideration by this Court, and after the Report was adopted by this Court. The Objections are not timely and are not well-taken, and they are REJECTED. The Motion for Pre-Summary judgment is similarly untimely and without merit, and it too is DENIED. The case is closed. IT IS SO ORDERED.

Dated this 23rd day of April, 2015.

*/s/ Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1